THEODORE BAKER and Others, Appellants, v. EMMA H. GRIFFITH and Another, Respondents.— *Motion for leave to appeal to the Court of Appeals denied.* Present — Jenks, P. J., Rich, Putnam and Blackmar, JJ.

NICHOLAS BRIGANTI, as Administrator, etc., Respondent, v. FRANK SZEMKO and Another, Copartners, etc., and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

ALGERNON R. BURCHSTED, Respondent, v. PATERSON BREWING AND MALTING COMPANY, Appellant. PLATT & WASHBURN REFINING COMPANY, Respondent, v. PATERSON BREWING AND MALTING COMPANY, Appellant.— Motion to add above causes to the present calendar granted, and causes placed at the foot of the calendar for the February term of this court. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.